# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4476
_____

Naing Aung Mon

*Petitioner*

v.

Jefferson B. Sessions, III, Attorney General of the United States of America

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: September 7, 2017
Filed: September 15, 2017
[Unpublished]
_____

Before WOLLMAN, MURPHY, and KELLY, Circuit Judges.
_____

PER CURIAM.

Naing Aung Mon, a native of Burma, petitions for review of an order of the Board of Immigration Appeals (BIA) upholding an immigration judge's (IJ's) decision to terminate a prior grant of deferral from removal under the Convention Against Torture (CAT). We lack jurisdiction, because the underlying removal order was based on the determination that Mon was removable due to his aggravated felony

conviction, and he has not raised any constitutional claims or questions of law for review.  <u>See</u> 8 U.S.C. § 1251(a)(2)(C)-(D) (criminal alien bar); <u>Gallimore v. Holder</u>, 715 F.3d 687, 690 (8th Cir. 2013) (applying criminal alien bar to order denying CAT deferral).  The petition for review is dismissed for lack of jurisdiction.

_____